# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ARKANSAS CHILDREN'S HOSPITAL;
ARKANSAS CHILDREN'S HOSPITAL
RETIREMENT PLAN; ARKANSAS CHILDREN'S
HOSPITAL DEFINED CONTRIBUTION RETIREMENT PLAN            PLAINTIFFS

v.                          Case No. 4:11-cv-893-KGB

BEVERLY WOLF, AS PERSONAL REPRESENTATIVE
FOR THE ESTATE OF TRACI WOLF-PRIBORSKY;
JOE PRIBORSKI; AND THOMAS A. WOLF, SR.                   DEFENDANTS

## ORDER OF DISMISSAL

Plaintiffs move to dismiss voluntarily this action for interpleader because the parties have reached a full agreement of all of the issues in this case. Pursuant to the settlement agreement, plaintiffs wish to dismiss with prejudice all pending claims in this action against defendants.

Therefore, plaintiff's complaint and all pending claims in this action against defendants are dismissed with prejudice. Judgment will be entered accordingly.

SO ORDERED this the 4th day of March, 2013.

_____
Kristine G. Baker
United States District Judge