IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS CHILDREN'S HOSPITAL;
ARKANSAS CHILDREN'S HOSPITAL
RETIREMENT PLAN; ARKANSAS CHILDREN'S
HOSPITAL DEFINED CONTRIBUTION RETIREMENT PLAN     PLAINTIFFS

v.            Case No. 4:11-cv-893-KGB

BEVERLY WOLF, AS PERSONAL REPRESENTATIVE
FOR THE ESTATE OF TRACI WOLF-PRIBORSKY;
JOE PRIBORSKI; AND THOMAS A. WOLF, SR.            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

SO ORDERED this the 4th day of March, 2013.

_____
Kristine G. Baker
United States District Judge